IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON AMES,

        Plaintiff,                      No. 2:11-cv-3197 KJM JFM (PC)

    vs.

TIM VIRGA, et al.,

        Defendants.            <u>ORDER</u>

        Plaintiff is a California state prisoner proceeding without counsel in a civil rights action under 42 U.S.C. § 1983. The court finds appointment of counsel is warranted. Milad Dalju has been selected from the court's pro bono attorney panel to represent plaintiff and he has accepted the appointment.

        Accordingly, IT IS HEREBY ORDERED that:

    1. Milad Dalju is appointed as counsel in the above entitled matter.

    2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

/////

/////

/////

1    3.  The Clerk of the Court is directed to serve a copy of this order upon Milad Dalju, Law
2 Office of Milad Dalju, P.O. Box 2694, Sacramento, California 95812.
3 DATED: April 10, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/014;ames3197.31