IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYON AMES,

    Plaintiff,                    No. 2: 11-cv-3197 KJM JFM (PC)

   vs.

TIM VIRGA, et al.,

    Defendants.          ORDER APPOINTING
                                     LIMITED PURPOSE COUNSEL

_____/

       Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  The court finds that a limited purpose appointment of counsel for plaintiff is warranted.  Lorraine Gingery has been selected from the court's pro bono attorney panel to represent plaintiff and she has agreed to be appointed.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Lorraine Gingery is appointed as limited purpose counsel in the above entitled matter.  This appointment is for the limited purpose of drafting and filing a second amended complaint.  The second amended complaint will be due 60 days from the date of this order.

       2. The limited purpose appointment will terminate when the second amended complaint has been filed.

1

3. Lorraine Gingery shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Lorraine Gingery, Law Office of Lorraine Gingery. P.C., 1013 Galleria Boulevard, Suite 265, Roseville, California 95678.

DATED: December 13, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

14
ames3197.31(b)